UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOANNE M. MILLAY, *as parent of minor child YRM*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 1:09-cv-00411-JAW ) |
| SURRY SCHOOL DEPARTMENT, | ) ) |
| Defendant. | ) ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 8, 2011 her Recommended Decision (Docket # 60). Plaintiff filed her objections to the Recommended Decision on January 28, 2011 (Docket # 65); the Defendant filed its response to those objections on February 14, 2011 (Docket # 66); and, the Plaintiff filed her reply to those objections of February 25, 2011 (Docket # 67). The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. The Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket # 60) is hereby AFFIRMED;

2. It is further ORDERED that the Hearing Officer's findings and conclusions in the IDEA Administrative Record (Docket # 26) are affirmed and there is no basis for imposing any compensatory education remedy against the Surry School Department for the 2008 ESY period or the 2008-2009 school year.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 28th day of February 2011